07-CV-01103-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ISIAH WILSON, JR., | ) | Case No. 07-1103-JLR |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| CHERI L. FILION, et al., | ) | |
| Defendants. | ) | |

The Court, after careful consideration of plaintiff's proposed complaint and application to proceed *in forma pauperis* ("IFP") in this "assault, libel, and slander" action, together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Pursuant to 28 U.S.C. § 1915(e)(2)(B), plaintiff's application to proceed IFP (Dkt. No. 1) is DENIED and his proposed complaint (Dkt. No. 1) is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 28th day of August, 2007.

JAMES L. ROBART
United States District Judge